# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                 :        Case No. 1:03-cr-068

                                     District Judge Thomas M. Rose
   -vs-                              Chief Magistrate Judge Michael R. Merz

                            :

GEORGE J. FIORINI, II,

       Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #131), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 27, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion for relief under Fed. R. Civ. P. 60(b) (Doc. No. 130) be, and it hereby is, denied for lack of subject matter jurisdiction.

October 2, 2006.                                  **\*s/THOMAS M. ROSE**
                                                                          _____
                                                                                 Thomas M. Rose
                                                                           United States District Judge